UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE DISTRICT OF COLUMBIA, *ex rel.* JEFFREY WILKERSON and LARRY JACKSON, <br><br> Plaintiffs-Relators, <br><br> v. <br><br> ALLERGAN LIMITED f/k/a ALLERGAN PLC and ALLERGAN USA, INC. <br><br> Defendants. | Case No.: 1:22-CV-03013 <br> Judge Sharon Johnson Coleman |

**JOINT MOTION TO EXCEED THE PAGE LIMIT IN LOCAL RULE 7.1**

The parties in this case respectfully submit this motion to exceed the page limit of Local Rule 7.1 with respect to Defendant Allergan USA Inc.'s memorandum in support of its motion to dismiss the Third Amendment Complaint (the "Complaint") and Plaintiffs-Relators' memorandum in opposition to that motion. The parties each request five pages in excess of the 15-page limit, for a total of 20 pages per side. In support of this motion, the parties submit the following points and authorities:

1. Although Local Rule 7.1 generally limits briefs to 15 pages, that limitation may be exceeded with "prior approval of the court." This Court thus may in its discretion grant a request to exceed the usual page limit.

2. The issues raised by Relators' Complaint require a thorough discussion, which cannot properly be accomplished in only 15 pages. The Complaint raises 39 counts and invokes multiple federal and state statutes. Adherence to the usual page limitation would not be in this Court's or the parties' interest, because the parties' discussion of the issues would by necessity be less fulsome than the issues warrant.

WHEREFORE, the parties respectfully request that this Court enter an Order granting this Joint Motion to Exceed the Page Limitation in Local Rule 7.1, such that Defendant's memorandum in support of the motion to dismiss and Plaintiffs' memorandum in opposition to the motion to dismiss shall each not exceed 20 pages.

Dated: July 21, 2022

Respectfully submitted,

/s/ Sherri M. Arrigo
Sherri M. Arrigo (ARDC No. 06236640)
Timothy L. Hogan (ARDC No. 06277672)
DONOHUE, BROWN, MATHEWSON & SMYTH LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
Tel: (312) 422-0900
Email: arrigo@dbmslaw.com
      hogan@dbmslaw.com
      service@dbmslaw.com

Matthew J. O'Connor*
Patrick M. Phelan*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Email: moconnor@cov.com
      pphelan@cov.com

*Attorneys for Defendant Allergan USA, Inc.*
**Admitted Pro Hac Vice*

/s/ Michael Sullivan
MICHAEL SULLIVAN*
Georgia Bar No. 691431
msullivan@finchmccranie.com
DAVID BROUCHARD*
Georgia Bar No. 712859
david@finchmccranie.com
GARY T. THOMPSON*
Georgia Bar No. 722008
gthompson@finchmccranie.com
FINCH MCCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
T: (404) 658-9070 F: (404) 688-0649
GEORGE F. GALLAND JR.
Illinois Bar No. 0906646
ggalland@lawmbg.com
ROBERT S. LIBMAN
Illinois Bar No. 6282259
rlibman@lawmbg.com
MINER, BARNHILL & GALLAND, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
Tel: (312) 751-1170

JAMES J. BREEN*
Georgia Bar No. 079275
jbreen@breenlaw.com
THE BREEN LAW FIRM, PA
11720 Amber Park Drive
Suite 160
Alpharetta, GA 30009
T: (770) 740-0008 F: (678) 252-5545

JAMES F. BARGER, JR.*
Georgia Bar No. 304373
jim@frobar.com
BEN BUCY*
Georgia Bar No. 526064
ben@frohsinbarger.com

FROHSIN BARGER & WALTHALL
100 Main Street
St. Simons Island, GA 31522
T: (912) 809-3007

ROBERT H. SNYDER, JR.*
Georgia Bar No. 404552
rob@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce De Leon Ave
Suite 885
Decatur, GA 30030
T: (404) 800-4828 F: (404) 393-0365

*Attorneys for Plaintiffs/Relators*
*\*Admitted Pro Hac Vice*

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

[X] I hereby certify that on July 21, 2022, I electronically filed the foregoing Joint Motion to Exceed Page Limit with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[ ] I hereby certify that on March 24, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/Sherri M. Arrigo

DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo (ARDC No. 06236640)
Timothy L. Hogan (ARDC No. 06277672)
131 S. Dearborn Street
Suite 1600
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
arrigo@dbmslaw.com
hogan@dbmslaw.com