## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; the States of ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE,  NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE DISTRICT OF COLUMBIA, ex rel. JEFFREY WILKERSON and LARRY JACKSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.: 1:22-CV-03013** Judge Sharon Johnson Coleman |
| Plaintiffs-Relators, | ) ) | Magistrate Judge M. David Weisman |
| v. | ) ) ) | |
| ALLERGAN LIMITED f/k/a ALLERGAN PLC and ALLERGAN USA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION ON THE STATUS OF DEFENDANT ALLERGAN LIMITED

Defendant Allergan Limited has not appeared yet in this lawsuit.  However, the parties have reached a stipulation under which Relators have agreed that they will not file a motion to hold that defendant in default.  The stipulation is as follows:

1.      Counsel for Allergan USA, Inc. ("Allergan USA") shall accept service on behalf of Allergan Limited, which will retain any defenses that may be available to the entity other than those relating to service of process;

2.      Allergan Limited may defer answering the Third Amended Complaint until such time as Allergan USA's motion to dismiss is ruled upon by the Court;

3.      If the Court denies Allergan USA's motion to dismiss, Allergan USA and Allergan Limited will both answer the Third Amended Complaint;

4.      If the Court grants Allergan USA's motion to dismiss, the parties agree that both Allergan USA and Allergan Limited will be treated as dismissed.  If dismissal is without prejudice and Relators attempt to re-plead, both Allergan USA and Allergan Limited retain all of their rights to object to the amended complaint, move to dismiss, or otherwise respond;

5.      The Relators shall retain any rights that they may have to discovery relating to any minimum contacts/in personam jurisdiction defense that may be raised by Allergan Limited; and Relators shall not be deemed to have waived any such rights by their agreement that Allergan Limited need not raise any such defense or otherwise respond until the Court has ruled on Allergan USA's pending motion to dismiss.

Dated: October 5, 2022.

Respectfully submitted,

/s/ Michael A. Sullivan
Michael A. Sullivan*
Georgia Bar No. 691431
Finch McCranie, LLP
229 Peachtree St., NE; Ste. 2500
Atlanta, GA  30303
(404) 658-9070
msullivan@finchmccranie.com
David Bouchard*
Georgia Bar No. 712859
david@finchmccranie.com
Gary T. Thompson*
Georgia Bar No. 722008
gthompson@finchmccranie.com

George F. Galland, Jr.
ggalland@lawmbg.com
Robert S. Libman
rlibman@lawmbg.com
Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL  60654
(312) 751-1170

James J. Breen*
Georgia Bar No. 079275
jbreen@breenlaw.com
The Breen Law Firm, PA
11720 Amber Park Dr.; Ste. 160
Alpharetta, GA  30009
(770) 740-0008

James F. Barger, Jr.*
Georgia Bar No. 304373
jim@frobar.com
Ben Bucy*
Georgia Bar No. 526064
ben@frohsinbarger.com
Frohsin Barger & Walthall
100 Main St.
St. Simons Island, GA  31522
(912) 809-3007

Robert H. Snyder, Jr.*
Georgia Bar No. 404552
rob@cannellasnyder.com
Cannella Snyder LLC
315 W. Ponce de Leon Ave., Ste. 885
Decatur, GA  30030
(404) 800-4828

*Attorneys for Plaintiffs/Relators*
*Admitted Pro Hac Vice*


/s/ Matthew J. O'Connor
Matthew J. O'Connor*
Patrick M. Phelan *
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC  20001
(202) 662-6000
moconnor@cov.com
pphelan@cov.com

Sherri M. Arrigo
Timothy L. Hogan
Donohue, Brown, Mathewson & Smyth LLC
131 South Dearborn St., Suite 1600
Chicago, IL  60603

(312) 422-0900
arrigo@dbmslaw.com
hogan@dbmslaw.com

*Attorneys for Defendant Allergan USA, Inc.*
*\*Admitted Pro Hac Vice*

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing **Joint Stipulation on the Status of Defendant Allergan Limited** with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Michael A. Sullivan*
Michael A. Sullivan*
Georgia Bar No. 691431
Finch McCranie, LLP
229 Peachtree St., NE; Ste. 2500
Atlanta, GA 30303
(404) 658-9070
msullivan@finchmccranie.com
* *Admitted Pro Hac Vice*

5